# EXHIBIT "2"

4/7/2021 4:26 PM

**SEI**

BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CHRISTIAN O'DELL,

Plaintiff,

v.

ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COMPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

**CASE NO.** A-21-832479-C
**DEPT. NO.**

**<u>SUMMONS</u>**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN TWENTY ONE (21) DAYS. READ THE INFORMATION BELOW:**

**ALBERTSON'S LLC**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within twenty one (21) days after this Summons is served on you, exclusive of the day of service, you must do the following:

(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

(b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have forty-five (45) days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

DATED this 7 day of April, 2021.

Respectfully Submitted By:

MOSS BERG INJURY LAWYERS

BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**STEVEN D. GRIERSON**
**CLERK OF COURT**

By: ______________________ 4/8/2021
Deputy Clerk Date

Demond Palmer

Electronically Filed
4/7/2021 4:25 PM
Steven D. Grierson
CLERK OF THE COURT

COMP
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

CASE NO: A-21-832479-C
Department 26

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CHRISTIAN O'DELL,

Plaintiff,

v.

ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COMPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

**CASE NO.**
**DEPT. NO.**

**COMPLAINT**

Plaintiff, CHRISTIAN O'DELL, by and through her attorneys, BOYD B. MOSS III, ESQ., and JOHN C. FUNK, ESQ., of the law firm of MOSS BERG INJURY LAWYERS, and for her causes of action against Defendant, hereby alleges as follows:

1. That at all times relevant to these proceedings, Plaintiff, CHRISTIAN O'DELL (hereinafter referred to as "Plaintiff") was and is a resident of Clark County, Nevada.

2. Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, ALBERTSON'S LLC (hereinafter referred to as "Defendant"), was and is a Foreign Limited-Liability Company, organized and existing pursuant to the laws of the State of Nevada, and authorized to do and doing business in Clark County, Nevada, as ALBERTSONS, located at 2835 South Nellis, Las Vegas, Nevada 89130 (hereinafter referred to as "Subject Premises").

3. Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, DOE EMPLOYEE was and is a citizen and resident of Nevada and an unknown employee of Defendant, ALBERTSONS and was responsible for inspecting and/or maintaining the Subject Premises. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOE EMPLOYEE when the same have been fully ascertained.

4. Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, DOE STORE MANAGER was and is a citizen and resident of Nevada and an unknown store manager of Defendant, ALBERTSONS and was responsible for managing, inspecting and/or maintaining the Subject Premises and making sure the Subject Premises is safe and free from hazardous conditions for guests. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOE STORE MANAGER when the same have been fully ascertained.

5. Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, ROE MAINTENANCE COMPANY was and is a Nevada Corporation organized and existing pursuant to the laws of the State of Nevada and was responsible for inspecting and/or maintaining the Subject Premises. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of ROE

MAINTENANCE COMPANY when the same have been fully ascertained.

6. Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, ROE CONSTRUCTION COMPANY was and is a Nevada Corporation organized and existing pursuant to the laws of the State of Nevada and was responsible for the construction on the Subject Premises. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of ROE CONSTRUCTION COMPANY when the same have been fully ascertained.

7. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES III through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as DOES are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on the Subject premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to amend her Complaint to insert the true names and capacities of DOES III through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or employee of each other Defendant.

8. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as ROE CORPORATIONS III through X are unknown to Plaintiff who, therefore, sues said Defendants by said fictitious names. Plaintiff is informed, believes, and thereon alleges that each of the Defendants designated as ROE CORPORATIONS are responsible in some manner for the events and happenings referred to herein, specifically for creating and/or allowing a hazardous condition to exist on the Subject Premises, which caused damages proximately to Plaintiff as herein alleged. Plaintiff will ask leave of this Court to

amend her Complaint to insert the true names and capacities of ROE CORPORATIONS III through X when the same have been fully ascertained and to join such Defendants in this action. At all times mentioned herein, each Defendant was acting as the agent, servant, and/or employee of each other Defendant.

9. That on or about December 28, 2019, Plaintiff was a guest on the Subject Premises, commonly known as ALBERTSONS.

10. At that same time and place, Defendants, and each of them, carelessly and negligently created, owned, controlled, inspected, and/or maintained the Subject Premises in an unstable and dangerous manner so as to allow a hazardous condition to exist on the Subject Premises, specifically, improperly secured floorboards with exposed holes in the ground due to sewage back up, in a designated walkway, where Defendants were aware people would be walking, which caused Plaintiff to lose her balance and her body to twist, which caused Plaintiff to sustain serious injuries and damages.

11. That as a direct and proximate result of Defendants' and/or their employee's/agent's negligent acts and/or omissions and/or breach of duty, Defendants forced Plaintiff to encounter a dangerous condition by creating and/or leaving unsecured floorboards with exposed holes in the ground on the Subject Premises, in a designated walkway causing Plaintiff to lose her balance and her body to twist, thereby causing Plaintiff to sustain injuries.

12. Defendants, and each of them, carelessly and negligently failed to warn of a hazard and failed to fix it, with respect to the Subject Premises, thereby forcing Plaintiff to encounter a dangerous condition on the Subject Premises, resulting in Plaintiff sustaining serious injuries and damages.

13. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff sustained severe and debilitating injuries

to her right knee, hips, among others, all or some of which conditions may be permanent or disabling in nature, causing general damages in an amount to be determined at trial.

14. This Court has subject matter jurisdiction over this matter pursuant to NRS 4.370(1), as the matter in controversy exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of attorney's fees, interest, and costs.

15. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff was required, and will be required in the future, to incur expenses for medical care and treatment and costs incidental thereto in an amount to be determined.

16. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has incurred substantial out-of-pocket expenses, including, but not limited to, money spent for prescriptions, medication, and uncovered medical expenses.

17. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has endured physical and emotional pain and suffering. It is further expected that Plaintiff will be forced to endure future physical and emotional pain associated with her continued medical treatment, recuperation, physical therapy and limitations associated with her injuries into the foreseeable future.

18. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has suffered and continues to suffer a significant deterioration in Plaintiff's enjoyment of life and lifestyle.

19. That as a further direct and proximate result of the negligence, carelessness, and recklessness of Defendants, and each of them, Plaintiff has suffered and continues to suffer a significant deterioration in her ability to work, limiting her employment and resulting in lost

wages and diminished earning capacity, both past and future.

20. That Plaintiff has had to retain the services of an attorney to prosecute this action and is, therefore, entitled to reasonable attorney's fees and costs of suit incurred herein.

WHEREFORE, Plaintiff, expressly reserving the right to amend her Complaint at the time of trial of the actions herein to include all items of damages not yet ascertained, demands judgment against Defendants, and each of them, as follows:

1. General damages in an amount in excess of $15,000.00;
2. Damages for costs of medical care and treatment and costs incidental thereto, when the same have been fully ascertained;
3. Damages for loss of earnings and future earning capacity when the same have been fully ascertained;
4. For a sum to be determined by the trier of fact for loss of enjoyment of life pursuant to Banks v. Sunrise Hosp., 120 Nev. 822, 836 (2004);
5. Reasonable attorney's fees and costs of suit incurred herein; and
6. For such other and further relief as the Court may deem proper in the premises.

DATED this 6 day of April, 2021.

MOSS BERG INJURY LAWYERS

By: ______________________

BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Electronically Filed
4/26/2021 8:56 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**ANS**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHRISTIAN O'DELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.: A-21-832479-C<br>DEPT. NO.: 26 |

**DEFENDANT, ALBERTSONS, LLC d/b/a ALBERTSONS' ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, by and through its undersigned attorney, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers the Plaintiff's Complaint on file herein as follows:

1. Answering Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 12 and 14 of Plaintiff's Complaint on file herein, Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

2. Answering Paragraph 2 of Plaintiff's Complaint on file herein, "Plaintiff is informed, believes, and thereon alleges that at all times relevant to these proceedings, Defendant, ALBERTSON'S LLC (hereinafter referred to as "Defendant"), was and is a Foreign Limited-Liability Company", Defendant admits the allegations contained therein. As to "organized and existing pursuant to the laws of the State of Nevada, Defendant denies the allegations contained therein. As to "and authorized to do and doing business in Clark County, Nevada, as ALBERTSONS, located at 2835 South Nellis, Las Vegas, Nevada 89130 (hereinafter referred to as "Subject Premises")", Defendant admits the allegations contained therein.

3. Answering Paragraphs 11, 13, 15, 16, 17, 18, 19 and 20 of Plaintiff's Complaint on file herein, Defendant denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own act which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

**SIXTH AFFIRMATIVE DEFENSE**

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

**SEVENTH AFFIRMATIVE DEFENSE**

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

**NINTH AFFIRMATIVE DEFENSE**

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to mitigate any damages awarded to Plaintiff, should be reduced accordingly.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by applicable statutes of limitations.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's medical providers and documents listed or presented by Plaintiff.

WHEREFORE, Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, prays as follows:

1. That Plaintiff take nothing by way of her Complaint on file herein;
2. For reasonable attorney's fees and costs of suit incurred herein; and

///

///

///

///

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

3. For such other and further relief as the Court may deem just and proper in the premises.

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **DEFENDANT, ALBERTSONS, LLC d/b/a ALBERTSONS' ANSWER TO PLAINTIFF'S COMPLAINT** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/26/2021 8:57 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**IAFD**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHRISTIAN O'DELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.: A-21-832479-C<br>DEPT. NO.: 26 |

**INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

1. ALBERTSONS, LLC., Defendant...............................$223.00

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964
BRANDON | SMERBER
LAW FIRM

**TOTAL REMITTED..................................................$223.00**

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/26/2021 8:59 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**DMJT**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHRISTIAN O'DELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.: A-21-832479-C<br>DEPT. NO.: 26 |

**DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, ALBERTSONS, LLC, d/b/a ALBERTSONS. by and through its attorney of record, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, and hereby demands a Jury Trial in the above-entitled action.

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/26/2021 9:00 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

CSRE

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

CHRISTIAN O'DELL,

Plaintiff,

vs.

ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

CASE NO.: A-21-832479-C
DEPT. NO.: 26

**CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM**

The undersigned parties hereby consent to service of documents by electronic means through the Court's e-filing program on behalf of the following parties: ALBERTSONS, LLC d/b/a ALBERTSONS.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; a.guzik@bsnv.law; and h.gonzalez@bsnv.law.

It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

The undersigned also acknowledges that this Consent does not require service by electronic means unless the serving party elects to do so.

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

/s/ Bonita Alexander
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/26/2021 9:02 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

DSST

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CHRISTIAN O'DELL,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants. | CASE NO.: A-21-832479-C<br>DEPT. NO.: 26 |

**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**

The undersigned counsel of record for Defendant, ALBERTSONS, LLC., A DELAWARE LIMITED LIABILITY COMPANY hereby certifies that to their knowledge,

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

ALBERTSONS, LLC.'s parent company is Albertson's Holding, LLC., a Delaware limited liability company, and is not publicly traded.

There are no other known interested parties other than those identified.

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

*/s/ Bonita Alexander*
An Employee of Brandon | Smerber Law Firm

Electronically Filed
4/26/2021 9:03 AM
Steven D. Grierson
CLERK OF THE COURT

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

REQT

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

CHRISTIAN O'DELL,

Plaintiff,

vs.

ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

CASE NO.: A-21-832479-C
DEPT. NO.: 26

**NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY**

Pursuant to NRCP 16.1(a)(1)(C), Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, hereby requests that Plaintiff, CHRISTIAN O'DELL, provide, within 30 days

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

of this Request, a computation of any and all categories of damages claimed by Plaintiff, including making available for inspection and copying as under Rule 34 the documents or other evidentiary matter, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

DATED this 26th day of April, 2021.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

///

///

///

///

///

///

///

///

///

///

///

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b), I certify that on April 26, 2021, I served a copy of the foregoing **NRCP 16.1(A)(1)(C) REQUEST FOR COMPUTATION OF DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP 16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's ECF electronic filing system, upon the following:

**BOYD B. MOSS III, ESQ.**
Nevada Bar No. 8856
**JOHN C. FUNK, ESQ.**
Nevada Bar No. 9255
**MOSS BERG INJURY LAWYERS**
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
702-222-4555
Facsimile – 702-222-4556
*Attorneys for Plaintiff,*
*CHRISTIAN O'DELL*

/s/ Bonita Alexander
An Employee of Brandon | Smerber Law Firm

Electronically Filed
5/17/2021 1:52 PM
Steven D. Grierson
CLERK OF THE COURT

**ABREA**
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

CHRISTIAN O'DELL,

Plaintiff,

v.

ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COMPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive,

Defendants.

**CASE NO. A-21-832479-C**
**DEPT. NO. 26**

**REQUEST FOR EXEMPTION FROM ARBITRATION**

Pursuant to Nevada Arbitration Rules 3 and 5, Plaintiff, CHRISTIAN O'DELL by and through her attorneys of record, BOYD B. MOSS III, ESQ., and JOHN C. FUNK, ESQ., of the law firm of MOSS BERG INJURY LAWYERS, hereby request the above-entitled matter be exempted from arbitration, as this case:

1. _____ Presents a significant issue of public policy;

2. __X__ Involves an amount in excess of $50,000, exclusive of interest and costs;

3. _____ Presents unusual circumstances which constitute good cause for removal from the program.

I.

**A SPECIFIC SUMMARY OF THE FACTS WHICH SUPPORTS PLAINTIFF'S CONTENTION FOR EXEMPTION**

**A. A SUMMARY OF THE FACTS WHICH SUPPORTS PLAINTIFF'S REQUEST FOR EXEMPTION IS AS FOLLOWS:**

On or about December 28, 2019, Plaintiff was a guest at ALBERTSON'S, located at 2835 South Nellis, Las Vegas, Nevada 89130 (hereinafter referred to as "Subject Premises") where Defendants, ALBERTSONS, DOE EMPLOYEE, DOE STORE MANAGER, ROE MAINTENANCE COMPANY, and/or ROE CONSTRUCTION COMPANY (hereinafter, "Defendants") failed to properly maintain and/or inspect the Subject Premises, allowing a hazardous condition to exist thus forcing Plaintiff to encounter a dangerous condition. Defendants act of leaving unsecured floorboards in a designated walkway on exposed holes in the ground, due to a sewage back up on the Subject Premises without warning or an attempt to fix directly and proximately caused Plaintiff to lose her balance and her body to twist sustaining severe injuries to her right knee and hip.

As a direct result of Defendants negligence, Plaintiff suffered severe and debilitating injuries, all or some of which conditions may be permanent and disabling in nature, which affect her ability to work and her ability to engage in the enjoyment of life.

**B. PLAINTIFF'S SEVERE AND/OR PERMANENT INJURIES AS DIAGNOSED BY HER HEALTHCARE PROVIDERS ARE SUMMARIZED AS FOLLOWS:**

Due to subject Incident, Ms. O'Dell had to undergo several procedures, including a surgical right knee arthroscopy performed by Doctor Bernard Ong, M.D. During the course of her treatment, Plaintiff has been diagnosed with the following incident related injuries:

1. Moderate tendinosis of quadriceps tendon at its insertion with quadriceps fat pad edema
2. Mild tendinosis of the patellar tendon
3. 5 mm Articular Cartilage Defect in the lateral facet of the patella
4. 5.5 mm osteochondral defect
5. Knee sprain
6. Right knee pain
7. Tear of lateral meniscus of right knee
8. Chondromalacia of patellofemoral joint
9. Traumatic arthropathy of right knee

**C. POST-INJURY MEDICAL SPECIALS INCURRED TO DATE OF WHICH PLAINTIFF'S COUNSEL IS AWARE:**

Plaintiff states that her Incident-related medical specials received to date are:

| **Medical Provider:** | **Treatment Dates:** | **Amount:** |
|---|---|---|
| **Clark Schillinger Emergency Group – Dignity Health St. Rose Dominican Sahara Campus** | 12/30/2019 | $747.00 |
| **Dignity Health – St. Rose Dominican Sahara** | 12/30/2019 | $4,317.85 |
| **Bernard Ong, M.D.** | 01/17/2020 – 10/05/2020 | $20, 975.00 |
| **Las Vegas Radiology** | 01/30/2020 | $1, 650.00 |
| **Rapid Rehab Physical Therapy** | 03/12/2020 – 10/26/2020 | $5,680.00 |
| **Valley Anesthesiology Consultants** | 06/23/2020 | $1,400.00 |
| **All Medical** | 06/23/2020 | $2,900.00 |
| **Affinity Surgery Center** | 06/23/2020 | $47,200.00 |
| **TOTAL:** | | **$86,617.71** |

Plaintiff states that her approximate total medical bills received to date are **$86,617.71**. Additionally, Plaintiff's general damages are in an amount in excess of **$15,000.00** and will be

determined at the time of the trial in this matter. Plaintiff reserves the right to supplement this computation of damages as additional information becomes available.

As is evidenced by the serious and permanent injuries diagnosed by Plaintiff's healthcare providers, together with the significant medical expenses incurred by the Plaintiff, Plaintiff's case clearly has a probable jury award value well in excess of $50,000.00. Accordingly, and pursuant to NAR 3, this matter is appropriately exempted from the Court Annexed Arbitration Program.

Based upon the foregoing, I hereby certify pursuant to N.R.C.P. 11 this case to be within the exemption marked above, and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

///

///

///

I further certify pursuant to NRS Chapter 239B and NRS 603A.040 that this document and any attachments thereto do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

DATED this 17 day of May, 2021.

MOSS BERG INJURY LAWYERS

By: ______________________

BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
john@mossberglv.com
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b) and Administrative Order 14-02 of the Eighth Judicial District Court, I hereby certify that I am an employee of MOSS BERG INJURY LAWYERS and that on the 17 day of May, 2021, I served the above and foregoing **REQUEST FOR EXEMPTION FROM ARBITRATION** on the following parties in compliance with the Nevada Electronic Filing and Conversion Rules:

LEW BRANDON, JR., ESQ.
BRANDON | SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant*
*ALBERTSONS, LLC d/b/a ALBERTSONS*

An Employee of MOSS BERG INJURY LAWYERS