1  ERIC O. FREEMAN
   NEVADA BAR NO. 6648
2  SELMAN BREITMAN LLP
   3993 Howard Hughes Parkway, Suite 200
3  Las Vegas, NV 89169-0961
   Telephone:     702.228.7717
4  Facsimile:     702.228.8824
   Email:         efreeman@selmanlaw.com
5

6  Attorneys for Third-Party Defendant
   SUPERIOR ELECTRICAL MECHANICAL &
7  PLUMBING, INC.

8                          UNITED STATES DISTRICT COURT

9                                 DISTRICT OF NEVADA

10

11 | CHRISTIAN O'DELL,                              | Case No. 2:21-CV-00998-RFB-BBW
12 |         Plaintiffs,                            |
13 |    v.                                          | **SUBSTITUTION OF COUNSEL**
14 | ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSONS; DOE EMPLOYEE, a Nevada Resident; DOE STORE MANAGER, a Nevada Resident; ROE MAINTENANCE COMPANY, a Nevada Corporation; ROE CONSTRUCTION COMPANY, a Nevada Corporation; DOES III through X; and ROE CORPORATIONS III through X, inclusive, |
18 |         Defendants.                            |
20 | ALBERTSON'S LLC, a Foreign Limited-Liability Company, d/b/a ALBERTSONS, |
21 |         Third-Party Plaintiffs,                |
22 |    v.                                          |
23 | SUPERIOR ELECTRICAL MECHANICAL & PLUMBING, INC., a Foreign Corporation, |
25 |         Third-Party Defendants.                |

        The undersigned for BRANDON | SMERBER hereby consents to the substitution of

SELMAN BREITMAN LLP as counsel of record for Defendant ALBERTSON'S LLC d/b/a

ALBERTSONS in the above entitled action in its place and stead.

                                       1

DATED: January 31, 2022

BRANDON | SMERBER

By: _____
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
ANDREW GUZIK, ESQ.
Nevada Bar No. 12758
HOMERO GONZALEZ, ESQ.
Nevada Bar No. 15231

The undersigned Defendant ALBERTSON'S LLC d/b/a ALBERTSONS hereby consents to the substitution of SELMAN BREITMAN, LLP as counsel of record in the place and stead of SELMAN BREITMAN, LLP as its counsel.

DATED: January 31, 2022

ALBERTSON'S LLC d/b/a ALBERTSONS

By: _____

The undersigned hereby consents to be substituted in as the counsel of record for Defendant ALBERTSON'S LLC d/b/a ALBERTSONS.

DATED: February 3, 2022      SELMAN BREITMAN LLP

By: /s/ Eric O. Freeman
ERIC O. FREEMAN
NEVADA BAR NO. 6648
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone: 702.228.7717
Facsimile: 702.228.8824
Attorneys for Third-Party Defendant SUPERIOR ELECTRICAL MECHANICAL & PLUMBING, INC.

**ORDER**

**IT IS SO ORDERED**

**DATED:** 2:50 pm, February 07, 2022

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

    I hereby certify that I am an employee of SELMAN BREITMAN LLP and, pursuant to Local Rule 5(b), I served via the court's e-file a true and correct copy of the above and foregoing **SUBSTITUTION OF COUNSEL**, on this 3rd day of February 2022.

    /s/ Crystal Martin
    CRYSTAL MARTIN
    An Employee of Selman Breitman LLP

5118 100813 4894-0899-9689 .v1