CHARLIE H. LUH, ESQ.
Nevada Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada Bar No. 8667
**LUH & ASSOCIATES**
8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89147
T: (702) 367-8899 F: (702) 384-8899
cluh@luhlaw.com
cslater@luhlaw.com
Attorneys for *Preferred Electric, LLC and Superior Electrical*
*Mechanical & Plumbing, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

CHRISTIAN O'DELL,

     Plaintiff,

v.

ALBERTSON'S LLC, a Foreign Limited-
Liability Company, d/b/a ALBERTSONS;
SUPERIOR ELECTRICAL MECHANICAL
& PLUMBING, INC., and PREFERRED
ELECTRIC LLC; a Foreign Corporation; DOE
EMPLOYEE, a Nevada Resident; DOE
STORE MANAGER, a Nevada Resident; ROE
MAINTENANCE COMPANY, a Nevada
Corporation; ROE CONSTRUCTION
COMPANY; DOES III through X; and ROE
CORPORATIONS III through X, inclusive,

     Defendants.

CASE NO.: 2:21-cv-00998-~~REB-BBW~~ CDS-BNW

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

1

1    The parties stipulate to dismiss all claims in case 2:21-cv-00998, each to bear their own fees

2    and costs. No trial date was scheduled.

3    DATED this 19th day of September, 2022.

4

5    **MOSS BERG INJURY LAWYERS**          **SELMAN BREITMAN LLP**

6

/s/ Boyd B. Moss, III                  /s/ Eric O. Freeman

7    _____       _____

8    BOYD B. MOSS, III, ESQ.                ERIC O. FREEMAN, ESQ.
     Nevada Bar No. 8856                    Nevada Bar No. 6645

9    JOHN C. FUNK, ESQ.                     *Attorneys for* Defendants *ALBERTSON'S LLC*
     Nevada Bar No. 9255

10   *Attorneys for Plaintiff*

11   **LUH & ASSOCIATES**

12   /s/ Craig D. Slater

13   _____

14   CHARLIE H. LUH, ESQ.
     Nevada State Bar No. 6726

15   CRAIG D. SLATER, ESQ.
     Nevada State Bar No. 8667

16   Attorneys for Defendant
     *PREFERRED ELECTRIC, LLC and*

17   SUPERIOR *ELECTRICAL MECHANICAL & PLUMBING, INC*

18

19                          <u>**ORDER**</u>

20        IT IS SO ORDERED.

21

22   _____

23   UNITED STATES DISTRICT JUDGE
     DATED:   September 21, 2022

24

25

26

27

28

2